UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TILANO TERRY TAYLOR, JR.,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Felon in Possession of a Firearm and Ammunition)

On or about April 12, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**TILANO TERRY TAYLOR, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Polymer 80 9mm pistol and the following ammunition:

- 9mm ammunition manufactured by Ammo Inc.
- 9mm ammunition manufactured by TulAmmo
- 9mm ammunition manufactured by X-Treme

and the firearm and ammunition were in and affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## COUNT 2
(Felon in Possession of a Firearm)

On or about June 3, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**TILANO TERRY TAYLOR, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Ruger LCP Max .380 pistol, serial number 381415622, and the firearm was in and affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION

The allegations of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violations of 18 U.S.C. §§ 922(g) set forth in this Indictment, the defendant,

**TILANO TERRY TAYLOR, JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to the following:

Count 1

- A Polymer 80 9mm pistol and associated ammunition

Count 2

- A Ruger LCP Max .380 pistol, serial number 381415622 and associated ammunition

**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ALEXIS M. SANFORD
Acting United States Attorney

_____
TIMOTHY VERHEY
Assistant United States Attorney